UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RASHAD MALEEK TRICE,

**INDICTMENT**

    Defendant.

_____/

The Grand Jury charges:

## COUNT 1
**(Kidnapping Resulting in Death)**

From on or about July 2, 2023, through July 3, 2023, in Ingham County, in the Southern Division of the Western District of Michigan, and elsewhere,

RASHAD MALEEK TRICE

unlawfully seized, confined, kidnapped, abducted, carried away, and held a minor victim for ransom, reward, or otherwise, and in committing and in furtherance of the commission of the offense, used a means, facility, and instrumentality of interstate commerce, including, but not limited to, one or more of the following: Interstate Highways 496, 96, and 696; a cellular phone and communication network; and a foreign-made vehicle. The minor victim's death resulted from the kidnapping.

18 U.S.C. § 1201(a)(1)

## COUNT 2
### (Kidnapping of a Minor)

From on or about July 2, 2023, through July 3, 2023, in Ingham County, in the Southern Division of the Western District of Michigan, and elsewhere,

RASHAD MALEEK TRICE

unlawfully seized, confined, kidnapped, abducted, carried away, and held a minor victim for ransom, reward, or otherwise, and in committing and in furtherance of the commission of the offense, used a means, facility, and instrumentality of interstate commerce, including, but not limited to, one or more of the following: Interstate Highways 496, 96, and 696; a cellular phone and communication network; and a foreign-made vehicle. The minor victim had not attained the age of eighteen years. RASHAD MALEEK TRICE had attained the age of eighteen years and was not a parent, grandparent, brother, sister, aunt, uncle, or individual having legal custody of the minor victim.

18 U.S.C. § 1201(a)(1)
18 U.S.C. § 1201(g)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
DOAA K. AL-HOWAISHY
JONATHAN ROTH
Assistant United States Attorneys