UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

RASHAD MALEEK TRICE,

       Defendant.
_____/

No. 1:23-cr-00095

Hon. Robert J. Jonker
U.S. District Judge

**JOINT STATUS REPORT ON
DEATH PENALTY DETERMINATION PROCESS**

The United States, through United States Attorney Mark A. Totten and Assistant U.S. Attorneys Doaa Al-Howaishy and Jonathan Roth, and Defendant Rashad Maleek Trice, through Federal Public Defender Sharon A. Turek and Assistant Federal Public Defender Helen C. Nieuwenhuis, file this Joint Notice in compliance with the Court's Order of August 10, 2023.  (R.28: Order, PageID.138–139.)

The United States has submitted its memorandum regarding the death penalty to the Attorney General. The submission is currently being reviewed.

At this stage, the United States does not have a firm anticipated date of completion for this review.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated: September 6, 2023                         */s/ Jonathan Roth*_____
DOAA AL-HOWAISHY
JONATHAN ROTH
Assistant United States Attorneys


SHARON A. TUREK
Federal Public Defender

Dated: September 6, 2023                         */s/ Helen Nieuwenhuis*_____
SHARON A. TUREK
HELEN NIEUWENHUIS
Federal Public Defenders