UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                            No. 1:23-cr-00095

v.

                                            Hon. Robert J. Jonker

RASHAD MALEEK TRICE,          U.S. District Judge

      Defendant.
_____/

**JOINT STATUS REPORT ON
DEATH PENALTY DETERMINATION PROCESS**

      The United States, through United States Attorney Mark A. Totten and Assistant U.S. Attorneys Doaa Al-Howaishy and Jonathan Roth, and Defendant Rashad Maleek Trice, through Federal Public Defender Sharon A. Turek, Assistant Federal Public Defender Helen C. Nieuwenhuis, and Scott Graham, file this Joint Notice in compliance with the Court's Order of August 10, 2023. (R.28: Order, PageID.138–139.)

      The United States is awaiting a decision from the Attorney General. There is no firm anticipated date of completion at this time.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated: October 4, 2023              */s/ Jonathan Roth*
                                    DOAA AL-HOWAISHY
                                    JONATHAN ROTH
                                    Assistant United States Attorneys


SHARON A. TUREK
Federal Public Defender

Dated: October 4, 2023              */s/Sharon Turek w/ permission*
                                    SHARON A. TUREK
                                    HELEN NIEUWENHUIS
                                    SCOTT GRAHAM