UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

RASHAD MALEEK TRICE,

    Defendant.
_____/

No. 1:23-cr-95

Hon. Robert J. Jonker
U.S. District Judge

**GOVERNMENT'S NOTICE OF INTENT
NOT TO SEEK DEATH PENALTY**

The United States, in accordance with Justice Manual 9-10.050, provides this notice of its intent not to seek the death penalty in this case.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated: October 26, 2023

*/s/ Jonathan Roth*
DOAA AL-HOWAISHY
JONATHAN ROTH
Assistant United States Attorneys
United States Attorney's Office
P.O. Box 208
Grand Rapids, Michigan 49501
(616) 456-2404