# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

**USA v.** Rashad Maleek Trice  
**DISTRICT JUDGE:** Robert J. Jonker

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-cr-95 | August 23, 2024 | 3:05 - 3:36 p.m. | Grand Rapids | |

## APPEARANCES

**Government:** Doaa Al-Howaishy / Jonathan Roth

**Defendant:** Sharon Turek / Jasna Tosic / Helen Nieuwenhuis / Scott Graham

**Counsel Designation:** FPD / CJA Appointment

## TYPE OF HEARING

- ☐ Arraignment:
  - ☐ mute  ☐ nolo contendre
  - ☐ not guilty  ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention (waived ☐)
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ✓ Sentencing
- ☐ Trial
- ☐ Other: _____

## DOCUMENTS

- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ✓ Other: Judgment & Commitment

## CHANGE OF PLEA

Charging Document:
- ☐ Read  ☐ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

## SENTENCING

**Imprisonment:** Life.  
**Probation:**  
**Supervised Release:** 3 years  
**Fine:** $ 4,500.00  
**Restitution:** $  
**Special Assessment:** $ 100.00

Plea Agreement Accepted: ☐ Yes  ☐ No  
Defendant informed of right to appeal: ✓ Yes  ☐ No  
Counsel informed of obligation to file appeal: ✓ Yes  ☐ No

Conviction Information:
- Date: 3/22/24
- By: Plea
- As to Count(s): 1

**ADDITIONAL INFORMATION:**
Count 2 of the indictment dismissed on the motion of the United States.
Victim impact statement given orally by Almount Smith, Sr.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ |

**CASE TO BE:**  
**TYPE OF HEARING:**

**Reporter/Recorder:** Paul Brandell  
**Case Manager:** S. Carpenter